**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL DIVISION**

---

|  |  |  |
|---|---|---|
| **NATHAN LEFTENANT**, *et al* | ) | |
| *Plaintiffs,* | ) | |
| | ) | **Case No. 1:21-cv-07846-VSB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWRENCE ("LARRY") BLACKMON, et al** | ) | |
| *Defendants* | ) | |

---

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion to Seal, it is this <u>12</u> day of November, 2021,

**ORDERED** that the Motion to Seal the Initial Complaint filed as ECF #1 is hereby

**GRANTED**, and it is

**FURTHER ORDERED,** That the Clerk of the Court shall seal ECF#1, the Complaint, in

this action, and it is,

**FURTHER ORDERED,** That Plaintiffs have no need to send a copy of the Complaint via

hand to the Clerk of the Court, and that Plaintiffs shall file the Redated Complaint on the Court's

ECF system. The Clerk of Court is respectfully directed to seal the Initial Complaint (ECF #1) so it is
only viewable to the parties and the Court.

**SO ORDERED.**

*Vernon Broderick*                 11/12/2021

US District Judge Vernon S. Broderick

**Copies to:**

Lita Rosario-Richardson, Esq.
LITA ROSARIO, PLLC
529 14th Street NW, Suite 952
Washington, D.C. 20045