UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
        :
NATHAN LEFTENANT, et al.,        :
        :
        Plaintiffs,    :
        :    21-cv-7846 (VSB)
    -against-    :
        :    **ORDER**
LAWRENCE BLACKMON, et al.,    :
        :
        Defendants.  :
        :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 8, 2022
      New York, New York

                             Vernon S. Broderick
                             United States District Judge